UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-mj-03228-Reid

UNITED STATES OF AMERICA

vs.

**SAMMY GERKINSON- ALCANTARA and
CHRISTOPHER MARTE-ROSA,**
     Defendants,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
FL Bar No. 794686
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305.961.9014
Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SAMMY GERKINSON-ALCANTERA and<br>CHRISTOPHER MARTE-ROSA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:24-mj-03228-Reid<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___June 7, 2024___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Megan H. Jones
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date:  6/24/2024

*Judge's signature*

City and state:  Miami, Florida

Hon. Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Megan H. Jones, being duly sworn, hereby depose and state the following:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since July 2023. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against SAMMY GERKINSON-ALCANTARA and CHRISTOPHER MARTE-ROSA for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about June 7, 2024, a maritime patrol aircraft detected a Go-Fast Vessel (GFV) approximately 158 nautical miles south of Barahona, Dominican Republic in international waters and upon the high seas. The GFV had two (2) individuals on board, two (2) outboard engines, packages on deck, and displayed no indicia of nationality.

1

4. HMCS SUMMERSIDE, which was in the area, with a Law Enforcement Detachment ("LEDET") on board, was diverted to interdict and investigate. United States Coast Guard District 7 (D7) assumed tactical control over the HMCS SUMMERSIDE and granted a Statement of No Objection to conduct a Right of Visit boarding on a profile GFV reasonably suspected of drug trafficking, displaying no indicia of nationality, and operating in international waters.

5. The HMCS SUMMERSIDE with its LEDET embarked, launching one (1) small boat (FRISC). During pursuit, the crew on the FRISC witnessed jettison and recovered the bales. The FRISC arrived on scene and gained positive control of the GFV.

6. There were two (2) individuals on board who identified themselves as SAMMY GERKINSON-ALCANTARA and CHRISTOPHER MARTE-ROSA, both individuals claimed to be the master of the vessel, but did not make a claim of nationality for the vessel or for themselves. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

7. The boarding team recovered a total of seven (7) bales. A field test of the content of the bales proved positive for cocaine. The approximate at sea weight of the cocaine was 175 kilograms. The two individuals, along with the bales of cocaine, were transferred to the HMCS SUMMERSIDE.

8. After reviewing photos from the scene, the boarding team reported the vessel name and registration numbers painted on the hull of the GFV to D7. Registration numbers were consistent with the typical style of registration for the Dominican Republic. D7 reached out to the Dominican Republic to verify vessel nationality. The Dominican Republic could neither confirm nor deny registration.

9. Based on the foregoing facts, I submit that probable cause to believe that SAMMY GERKINSON-ALCANTARA and CHRISTOPHER MARTE-ROSA conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

*Megan Jones*
MEGAN H JONES
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __24th__ day of June 2024.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3